INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

# UNITED STATES DISTRICT COURT
## for the
## Southern District of Indiana

Lonnie Dale Baker

_____
*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint.*
*If the names of all the plaintiffs cannot fit in the space above,*
*please write "see attached" in the space and attach an additional*
*page with the full list of names.)*

-v-

Aisin USA Mfg. (Seymour) world HeadQuarters
_____
*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the*
*names of all the defendants cannot fit in the space above, please*
*write "see attached" in the space and attach an additional page*
*with the full list of names.)*

Nathan Lange, Individually.

Case No. : 19-CV-0238 JMS-DML
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* [✓] Yes [ ] No

FILED

NOV 12 2019

US DISTRICT COURT
NEW ALBANY DIVISION

## COMPLAINT FOR A CIVIL CASE

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

Name                     _Lonnie Dale BakeR_

Street Address           _325 South Park street_

City and County          _Seymour, Indiana 47274_

State and Zip Code       _____

Telephone Number         _(812) 521-4489_

E-mail Address           _bakeR lonnie @yahoo,com_

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

Name                        _Aisin USA mfg,(Seymour) World_

Job or Title *(if known)*   _Aisin Holdings of America H.Q._

Street Address              _1665 East 4th Street Road_

City and County             _Seymour, Indiana 47274_

State and Zip Code          _____

Telephone Number            _(812) 524-8144_

E-mail Address *(if known)* _N/A_

Defendant No. 2

Name                        _Nathan Lange (Individually)_

Job or Title *(if known)*   _Group leader/ HR_

Street Address              _1700 East Fourth Str Rd,_

City and County             _Seymour, Ind. 47274_

State and Zip Code          _____

Telephone Number            _(812) 523-1969_

E-mail Address *(if known)* _____

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Family medical leave Act (FmLA). Wrongfully terminated.*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual:

The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____, OR is a citizen of *(foreign nation)*_____.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

b.      If the plaintiff is a corporation:

The plaintiff, *(name)* _____ , in incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.      The Defendant(s)

a.      If the defendant is an individual:

The defendant, *(name)* _Nathan Lange_ , is a citizen of

the State of *(name)* _USA_ , OR is a citizen of

*(foreign nation)* _____ .

b.      If the defendant is a corporation:

The defendant, *(name)* _Aisin USA/Holdings_ in incorporated under

the laws of the State of *(name)* _USA_ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain):*

Request Damages in amount $ 1,000,000 million including court cost, attorney fees, front & back pay, liquadated damages and any other amount this court deem proper.

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

### III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Plaintiff Baker was on approved "continious" Family medical leave act. Defendents "willfully" termined him by interfering with Fmla by not allowing him to update his certification for his serious medical condition depression/Anxiety, including requesting too many notices when plaintiff had already gave notice and was out for Fmla about two months continiously. Secondly, Defendant's retaliated by terminating Plaintiff for arrest and charges dropped. plus absences were part too

### IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

All (Fmla) damages front & back pay, including liquadated attorney fees, court cost, any other amount this Court deem just and proper.

### V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    11/12/19

Signature of Plaintiff    _Lonnie Dale Baker_

Printed Name of Plaintiff    Lonnie Dale Baker

INSD Pro Se Civil Generic Complaint (unrelated to imprisonment) 4/19 (Adapted from AO Pro Se 1 (Rev. 12/16) Complaint for a Civil Case)

**B.      For Attorneys**

Date of signing:      _N/A at time._

Signature of Attorney          _____

Printed Name of Attorney       _____

Bar Number                     _____

Name of Law Firm               _____

Street Address                 _____

State and Zip Code             _____

Telephone Number               _____

E-mail Address                 _____